Todd D. Carpenter (CA 234464)
tcarpenter@carlsonlynch.com
**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
1350 Columbia Street, Suite 603
San Diego, California 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991

*Attorneys for Plaintiff and the Class*

John C. Dineen (CA 222095)
jdineen@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
501 West Broadway, 19th Floor
San Diego, CA 92101-3598
Telephone: (619) 338-6500
Facsimile: (619) 234-3815

*Attorneys for Defendant Lamps Plus, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLEY SEEGERT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAMPS PLUS, INC., a California corporation, and DOES 1-50, inclusive,<br><br>Defendant | Case No. 3:17-CV-1602 BAS (JMA)<br><br>**CLASS ACTION**<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff Harley Seegert and Defendant Lamps Plus, Inc., (collectively, the "Parties"), hereby notify the Court that they have reached a settlement in the above-captioned action. The Parties are in the process of preparing a written settlement agreement, which they intend to file with the Court, along with a motion for preliminary approval of the settlement, within the next thirty days.

Dated: July 24, 2018        **CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**

By: /s/ *Todd D. Carpenter*
Todd D. Carpenter

Attorneys for Plaintiff and the Class

Dated: July 24, 2018        **SHEPPARD MULLIN RICHTER & HAMPTON, LLP**

By:  /s/ *John C. Dineen*
John C. Dineen

Attorneys for Defendant
Lamps Plus, Inc.

*I, Todd D. Carpenter, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.*

/s/ *Todd D. Carpenter*

Case No. 3:17-CV-1602 BAS (JMA)    1
JOINT NOTICE OF SETTLEMENT

# CERTIFICATE OF SERVICE

The undersigned certifies that on July 24, 2018, a true and correct copy of the following documents were electronically filed and served on all counsel of record who are deemed to have consented to electronic service via the Court's CM-ECF system:

## JOINT NOTICE OF SETTLEMENT

Pursuant to the CM-ECF system, registration as a CM-ECF user constitutes consent to electronic service through the Court's transmission facilities. Any other counsel of record will be served by electronic mail and U.S. mail.

Dated: July 24, 2018               **CARLSON LYNCH SWEET**
                                    **KILPELA & CARPENTER LLP**

                                    By: */s/Todd D. Carpenter*
                                    Todd D. Carpenter

Case No. 3:17-CV-1602 BAS (JMA)
JOINT NOTICE OF SETTLEMENT