**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
1350 Columbia Street, Suite 603
San Diego, California 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991
tcarpenter@carlsonlynch.com

*Attorneys for Plaintiff and Class Counsel*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLEY SEEGERT, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAMPS PLUS, INC.,<br><br>Defendant. | Case No: 17CV1602-BAS-JMA<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND PROVISIONAL CLASS CERTIFICATION**<br><br>Date:  September 24, 2018<br>Time:<br>Judge:  Hon. Cynthia Bashant<br>Courtroom: 4B 4th Floor Schwartz |

1  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff Harley Seegert brings this unopposed motion, seeking an order from the Court to: (1) preliminarily approve the Settlement Agreement; (2) provisionally certify the Class for settlement purposes; (3) preliminarily approve the form, manner, and content of the proposed notices to the Class; (4) conditionally appoint named Plaintiff as Class Representative for settlement purposes; (5) conditionally appoint Carlson Lynch Sweet Kilpela & Carpenter, LLP as Class Counsel for settlement purposes; (6) set the date and time of the Final Fairness Hearing; (7) determine that Defendant has complied with the CAFA notice requirements; and (8) stay all proceedings in the Action until final approval of the settlement.

This unopposed motion is based upon this notice, the memorandum of points and authorities, the Declaration of Todd Carpenter, the Declaration of Clark Linstone, the settlement agreement and exhibits submitted therewith, upon all paper and pleadings on file herein and any oral argument the Court may choose to entertain at the preliminary approval hearing.

Date: August 24, 2018

Respectfully submitted,

*/s/ Todd D. Carpenter*
**CARLSON LYNCH SWEET**
**KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
1350 Columbia Street, Suite 603
San Diego, California 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991
tcarpenter@carlsonlynch.com

*Attorneys for Plaintiff and Class Counsel*

- 2 -
NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND PROVISIONAL CLASS CERTIFICATION