**EXHIBIT A**
**[PROPOSED] PRELIMINARY APPROVAL AND PROVISIONAL CLASS CERTIFICATION ORDER**

1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  HARLEY SEEGERT, an individual on        Case No.  17CV1602-BAS-JMA
    behalf of himself and all others
12  similarly situated,                      **[PROPOSED] ORDER GRANTING
                                             PRELIMINARY APPROVAL OF
13              Plaintiff,                    CLASS SETTLEMENT AND
                                             PROVISIONAL CLASS
14      v.                                    CERTIFICATION**

15  LAMPS PLUS, INC.,

16              Defendant.

17

18      On _____ (month) ____ (day), 2018, this Court heard Plaintiff Harley

19  Seegert's motion for preliminary approval of class settlement and provisional class

20  certification under Rule 23 of the Federal Rules of Civil Procedure.  This Court

21  reviewed the motion, including the Settlement Agreement and Release ("Settlement

22  Agreement").  Based on this review and the findings below, the Court finds good

23  cause to grant the motion.[1]

24  **FINDINGS:**

25      **1.**    The Settlement Agreement appears to be the product of serious,

26  informed, non-collusive negotiations with defendant Lamps Plus, Inc. and falls

27  _____

28  [1] Capitalized terms in this Order, unless otherwise defined, have the same definitions as those terms in the Settlement Agreement.

within the range of possible approval as fair, reasonable and adequate.  *See In re Tableware Antitrust Litig.*, 484 F. Supp. 2d 1078, 1079 (N.D. Cal. 2007) (granting preliminary approval where the settlement "appears to be the product of serious, informed, non-collusive negotiations, has no obvious deficiencies, does not improperly grant preferential treatment to class representatives or segments of the class, and falls within the range of possible approval").

2.      The Full Notice, Email Notice, Mail Notice, Online Media Notice, and Claim Form (attached to the Settlement Agreement), and their manner of transmission, comply with Rule 23 and due process because the notices and forms are reasonably calculated to adequately apprise Class Members of (i) the pending lawsuit, (ii) the proposed settlement, and (iii) their rights, including the right to either participate in the settlement, exclude themselves from the settlement, or object to the settlement.

3.      For settlement purposes only, the Class is so numerous that joinder of all Class Members is impracticable.

4.      For settlement purposes only, Plaintiff's claims are typical of the Class's claims.

5.      For settlement purposes only, there are questions of law and fact common to the Class, which predominate over any questions affecting only individual Class Members.

6.      For settlement purposes only, Class Certification is superior to other available methods for the fair and efficient adjudication of the controversy.

7.      Lamps Plus filed a copy of the notice it gave on [Month] [Date], [Year] pursuant to 28 U.S.C. § 1715(b) and the notice complies with the requirements of 28 U.S.C. § 1715(b).

**IT IS ORDERED THAT:**

1.      **Settlement Approval**.  The Settlement Agreement, including the Full Notice, Email Notice, Mail Notice, Online Media Notice and Claim Form, attached to the Settlement Agreement as Exhibits B-F are preliminarily approved.

2.      **Provision of Class Notice**.  Lamps Plus will notify Class Members of the Settlement in the manner specified under Section 3.3 of the Settlement Agreement.

3.      **Claim for a Voucher or Vouchers**.  Class Members who do not receive direct notice via email or mail and who want to receive a Voucher under the Settlement Agreement, must accurately complete and deliver a Claim Form to the Claims Administrator, along with any required supporting proofs of purchase, no later than one-hundred twenty (120) days after Defendant, through the Claims Administrator issues Notice to the Class.  Class Members for whom Lamps Plus has a valid email or mailing address need not do anything to receive a Voucher.

4.      **Objection to Settlement**.  Class Members who have not submitted a timely written exclusion request pursuant to Paragraph 6 below and who want to object to the Settlement Agreement must deliver written objections to the Claims Administrator no later than [December ___, 2018].  The delivery date is deemed to be the date the objection is deposited in the U.S. Mail as evidenced by the postmark. The objection must include: **(1)** the name and case number of the Action; **(2)** the Class Member's full name, address, and telephone number; **(3)** the words "Notice of Objection" or "Formal Objection"; **(4)** in clear and concise terms, the legal and factual arguments supporting the objection; **(5)** facts supporting the person's status as a Class Member (e.g., the date and location of his/her relevant purchases and description of the item(s) purchased); **(6)** the Class Member's signature and the date; and **(7)** the following language immediately above the Class Member's signature and date: "I declare under penalty of perjury under the laws of the United States of America that the foregoing statements regarding class membership are true and

correct to the best of my knowledge." Any Class Member who submits a written objection, as described in this section, has the option to appear at the Fairness Hearing, either in person or through personal counsel hired at the Class Member's expense, to object to the fairness, reasonableness, or adequacy of the Settlement Agreement or the proposed Settlement, or to the award of attorneys' fees. Class Members, or their attorneys, intending to make an appearance at the Fairness Hearing, however, must include on a timely and valid objection a statement substantially similar to "Notice of Intention to Appear." If the objecting Class Member intends to appear at the Fairness Hearing through counsel, he or she must also identify the attorney(s) representing the objector who will appear at the Fairness Hearing and include the attorney(s) name, address, phone number, e-mail address, and the state bar(s) to which counsel is admitted. If the objecting Class Member intends to request the Court allow the Class Member to call witnesses at the Fairness Hearing, such request must be made in the Class Member's written objection, which must also contain a list of any such witnesses and a summary of each witness's expected testimony. Only Class Members who submit timely objections containing Notices of Intention to Appear may speak at the Fairness Hearing.

**5.** **Failure to Object to Settlement.** Class Members who fail to object to the Settlement Agreement in the manner specified above will: (1) be deemed to have waived their right to object to the Settlement Agreement; (2) be foreclosed from objecting (whether by a subsequent objection, intervention, appeal, or any other process) to the Settlement Agreement; and (3) not be entitled to speak at the Fairness Hearing.

**6.** **Requesting Exclusion**. Class Members who want to be excluded from the Settlement must send a signed letter or postcard to the Claims Administrator stating: (a) the name and case number of the Action; (b) the full name, address, and telephone number of the person requesting exclusion; and (c) a statement that the

person does not wish to participate in the Settlement, postmarked no later than August 24, 2018.

7.    **Provisional Certification**.  The Class is provisionally certified as all Lamps Plus customers who purchased Lamps Plus branded or trademarked merchandise bearing a "Compare At" price tag in the State of California from July 5, 2013 to the date of preliminary approval. Excluded from the Class are Lamps Plus's Counsel, Lamps Plus's officers, directors and employees, and the judge presiding over the Action.

8.    **Conditional Appointment of Class Representative and Class Counsel**.  Plaintiff Harley Seegert is conditionally certified as the Class Representative to implement the Parties' settlement in accordance with the Settlement Agreement.  The law firm of Carlson Lynch Sweet Kilpela & Carpenter, LLP is conditionally appointed as Class Counsel.  Plaintiff and Class Counsel must fairly and adequately protect the Class's interests.

9.    **Termination**.  If the Settlement Agreement terminates for any reason, the following will occur:  (a) Class Certification will be automatically vacated; (b) Plaintiff will stop functioning as Class Representative; (c) Class Counsel will stop functioning as Class Counsel; and (d) this Action will revert to its previous status in all respects as it existed immediately before the Parties executed the Settlement Agreement.  This Order will not waive or otherwise impact the Parties' rights or arguments.

10.    **No Admissions.**  Nothing in this Order is, or may be construed as, an admission or concession on any point of fact or law by or against any Party.

11.    **Stay of Dates and Deadlines.**  All discovery and pretrial proceedings and deadlines, are stayed and suspended until further notice from the Court, except for such actions as are necessary to implement the Settlement Agreement and this Order.

**12.    CAFA Notice.**  The Court finds that Lamps Plus has complied with 28 U.S.C. § 1715(b).

**13.    Further Procedures.**  Counsel for the Parties are hereby authorized to agree to utilize all reasonable procedures in connection with the administration of the Settlement which are not materially inconsistent with either this Order or the terms of the Agreement.

**14.    Fairness Hearing.**  On _____ (month) ___ (day), 2018, at _____, this Court will hold a Fairness Hearing to determine whether the Settlement Agreement should be finally approved as fair, reasonable, and adequate. Based on the date of this Order and the date of the Fairness Hearing, the following are the certain associated dates in this Settlement:

| Event | Timing |
|---|---|
| Last day for Defendant, through KCC, to send Email Notice, Mail Notice, start operating Settlement Website, and begin to provide Online Media Notice | October __, 2018 |
| Last day for Plaintiff to file fee petition | December 1, 2018 |
| Last day for Class Members to request exclusion or object to the Settlement | December __, 2018 |
| Last day for Parties to file briefs in support of the Final Order and Judgment | January 1, 2019 or later |
| First day Final Fairness Hearing can be set | No earlier than 91 calendar days after entry of this Order |
| Last day for Class Members to file a Claim to the Settlement | January 21, 2019 |

This Court may order the Fairness Hearing to be postponed, adjourned, or continued. If that occurs, the updated hearing date shall be posted on the Settlement Website but other than the website posting Lamps Plus will not be required to provide any additional notice to Class Members.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED:_____        _____

HON. CYNTHIA BASHANT
U.S. DISTRICT COURT JUDGE

**EXHIBIT B**
**FULL NOTICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARLEY SEEGERT, AN INDIVIDUAL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,**<br><br>               **v.**<br><br>**LAMPS PLUS, INC.** | No. 17CV1602-BAS-JMA |

## IF YOU SHOPPED AT LAMPS PLUS IN CALIFORNIA BETWEEN JULY 5, 2013 AND [MONTH] [DAY], [YEAR], YOU MAY BE ELIGIBLE TO RECEIVE AN **$18 VOUCHER** USABLE AT LAMPS PLUS ON FUTURE PURCHASES

*A FEDERAL COURT AUTHORIZED THIS NOTICE. THIS IS NOT A SOLICITATION FROM A LAWYER.*

A settlement ("Settlement") has been proposed in the class action lawsuit referenced above pending in the United States District Court for the Southern District of California ("Action"). If the Court gives final approval to the Settlement, Lamps Plus, Inc. ("Lamps Plus") will provide, for each Class Member who either (i) receives direct notice via email or mail or (ii) properly and timely completes and submits a Claim Form, one Voucher good for a purchase in a Lamps Plus retail store in the United States for either (i) $18 off a purchase (no minimum purchase) or (ii) 20% off a purchase (up to $150 in value), or $30 in credit against the purchase of any item valued at over $150, subject to the additional conditions explained later in this notice.

Your legal rights are affected whether you act or don't act. Read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | |
|---|---|---|
| **SUBMIT A CLAIM FORM** | Unless you received direct notice of this Settlement via email or mail, you must submit a Claim Form to receive a Voucher. Visit the Settlement website located at _____ to obtain a Claim Form. | Deadline: _____ |
| **EXCLUDE YOURSELF** | If you exclude yourself from the Settlement, you will not receive a Voucher under the Settlement. Excluding yourself is the only option that allows you to bring or maintain your own lawsuit against Lamps Plus regarding the allegations in the Action ever again. | Deadline: _____ |

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | |
|---|---|---|
| **OBJECT** | You may write to the Court about why you object to (i.e., don't like) the Settlement and think it shouldn't be approved.  Submitting an objection does not exclude you from the Settlement. | Deadline: _____ |
| **GO TO THE "FAIRNESS HEARING"** | The Court will hold a "Fairness Hearing" to consider the Settlement, the request for attorneys' fees and costs of the lawyers who brought the Action, and the Representative Plaintiff's request for service awards for bringing the Action. <br><br> You may, but are not required to, speak at the Fairness Hearing about any objection you filed to the Settlement.  If you intend to speak at the Fairness Hearing, you must also submit a "Notice of Intention to Appear" indicating your intent to do so. | Hearing Date and Time: _____ |
| **DO NOTHING** | If you received direct notice of this Settlement via email or mail, and you do not object to or request to exclude yourself from the Settlement, you will automatically receive a Voucher via email or U.S. mail within sixty (60) days of the Final Settlement Date. | N/A |

- These rights and options—**and the deadlines to exercise them**—are explained in more detail below.

- The Court in charge of this Action has preliminarily approved the Settlement and must decide whether to give final approval to the Settlement.  The relief provided to Class Members will be provided only if the Court gives final approval to the Settlement and, if there are any appeals, after the appeals are resolved in favor of the Settlement.  ***Please be patient***.

## WHAT THIS NOTICE CONTAINS

**BACKGROUND INFORMATION**................................................................................ ##

      1.     Why did I get this notice?

      2.     What is this lawsuit about?

      3.     Why is this a class action?

      4.     Why is there a Settlement?

      5.     How do I know if I am part of the Settlement?

6.    I'm still not sure if I am included.

**THE PROPOSED SETTLEMENT** ............................................................. ##

7.    What relief does the Settlement provide to the Class Members?

**HOW TO REQUEST A SETTLEMENT VOUCHER – SUBMITTING A CLAIM FORM** ............................................................................................... ##

8.    How can I get a Voucher?

9    When will I get my Voucher?

**THE LAWYERS IN THIS CASE AND THE REPRESENTATIVE PLAINTIFF** .. ##

10.    Do I have a lawyer in this case?

11.    How will the lawyers be paid?

12.    Will the Representative Plaintiff receive any compensation for his efforts in bringing this Action?

**DISMISSAL OF ACTION AND RELEASE OF ALL CLAIMS** ................................ ##

13.    What am I giving up to obtain relief under the Settlement?

**HOW TO EXCLUDE YOURSELF FROM THE SETTLEMENT** ........................... ##

14.    How do I exclude myself from the Settlement?

**HOW TO OBJECT TO THE SETTLEMENT** ............................................. ##

15.    How do I tell the Court that I disagree with the Settlement?

16.    What is the difference between excluding myself and objecting to the Settlement?

**FAIRNESS HEARING** ................................................................... ##

17.    What is the Fairness Hearing?

18.    When and where is the Fairness Hearing?

19.    May I speak at the hearing?

**ADDITIONAL INFORMATION** ......................................................... ##

20.    How do I get more information?

21.    What if my address or other information has changed or changes after I submit a Claim Form?

## BACKGROUND INFORMATION

### 1.    *Why did I get this notice?*

You received this Notice because a Settlement has been reached in this Action. According to Lamps Plus's available records you might be a member of the Settlement Class and may be eligible for the relief detailed below.

This Notice explains the nature of the Action, the general terms of the proposed Settlement, and your legal rights and obligations.  To obtain more information about the Settlement, including information about how you can see a copy of the Settlement Agreement (which defines certain capitalized terms used in this Notice), see Section 20 below.

### 2.    *What is this lawsuit about?*

Plaintiff Harley Seegert (the "Representative Plaintiff") filed a lawsuit against Lamps Plus on behalf of himself and all others similarly situated.  The lawsuit alleges that Lamps Plus engaged in deceptive advertising by advertising purportedly improper discounts on merchandise.

Lamps Plus denies each and every one of the allegations of unlawful conduct, any wrongdoing, and any liability whatsoever, and no court or other entity has made any judgment or other determination of any liability.  Lamps Plus further denies that any Class Member is entitled to any relief and, other than for settlement purposes, that this Action is appropriate for certification as a class action.

**The issuance of this Notice is not an expression of the Court's opinion on the merits or the lack of merits of the Representative Plaintiff's claims in the Action.**

For information about how to learn about what has happened in the Action to date, please see Section 20 below.

### 3.    *Why is this a class action?*

In a class action lawsuit, one or more people called "Representative Plaintiff(s)" (in this Action, Harley Seegert) sue on behalf of other people who allegedly have similar claims.  For purposes of this proposed Settlement, one court will resolve the issues for all Class Members.  The company sued in this case, Lamps Plus, is called the Defendant.

### 4.    *Why is there a Settlement?*

The Representative Plaintiff has made claims against Lamps Plus.  Lamps Plus denies that it has done anything wrong or illegal and admits no liability.  The Court has **not** decided that the Representative Plaintiff or Lamps Plus should win this Action.

Instead, both sides agreed to a settlement. That way, they avoid the cost of a trial, and the Class Members will receive relief now rather than years from now, if at all.

**5.    *How do I know if I am part of the Settlement?***

The Court has decided that everyone who fits this description is a Class Member for purposes of the proposed Settlement: All Lamps Plus customers who purchased Lamps Plus branded or trademarked merchandise bearing a "Compare At" price tag in the State of California from July 5, 2013 to the date of preliminary approval. Excluded from the Class are Lamps Plus's Counsel, Lamps Plus's officers, directors and employees, and the judge presiding over the Action.

**6.    *I'm still not sure if I am included.***

If you are still not sure whether you are included, you can write the Claims Administrator for free help. The email address of the Claims Administrator is _____ and the U.S. postal (mailing) address is _____.

## THE PROPOSED SETTLEMENT

**7.    *What relief does the Settlement provide to the Class Members?***

Lamps Plus has agreed to provide (i) Class Members who received direct notice of this Settlement via email or mail and who do not timely request exclusion from or object to the Settlement and (ii) Class Members who timely and validly complete a claim form, a Voucher good for purchase in a Lamps Plus retail store in the United States. The Voucher can either be redeemed for (i) $18 to be used for the purchase of any item in a Lamps Plus retail store or (ii) 20% off the purchase of any item in a Lamps Plus retail store up to $150 in value, or for $30 in credit against the purchase of any item valued at over $150. Class Members may elect the form of the Voucher they wish to receive at the time of purchase.

Vouchers will not be stackable with each other and may not be combined with any other coupon or offer and they are valid for a single use. The Vouchers may be used on items that are on sale. The Vouchers shall not be redeemable for cash, and will not be replaced if lost, stolen or damaged. The Vouchers will be transferable and have no expiration date.

## HOW TO REQUEST A VOUCHER – SUBMITTING A CLAIM FORM

**8.    *How can I get a Voucher or Vouchers?***

If you received direct notice of the Settlement by email or mail notice, you need not do anything to receive a Voucher.

To qualify for a Voucher if you did not receive direct notice by email or mail, you must send in a Claim Form, and, provide proof of Qualifying Purchase. Acceptable proof of purchase can be provided by either (i) submitting a Lamps Plus receipt, or (ii) signing under penalty of perjury and identifying the month and year of purchase, the location of the store where the purchase was made, and a description of the product.

A Claim Form is available by clicking HERE or on the Internet at the website _____.  The Claim Form may be submitted electronically or by postal mail.  Read the instructions carefully, fill out the form, and postmark it by _____ or submit it online on or before 11:59 p.m. (Pacific) on _____.

| 9. | *When will I get my Voucher or Vouchers?* |
|---|---|

As described in Sections 17 and 18, the Court will hold a hearing on _____ at _____, to decide whether to approve the Settlement.  If the Court approves the Settlement, after that, there may be appeals.  It's always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year.  You can check on the progress of the case on the website dedicated to the Settlement at _____. *Please be patient.*

## THE LAWYERS IN THIS CASE AND THE REPRESENTATIVE PLAINTIFFS

| 10. | *Do I have a lawyer in this case?* |
|---|---|

The Court has ordered that the law firm of Carlson Lynch Sweet Kilpela & Carpenter, LLP ("Class Counsel") will represent the interests of all Class Members.  You will not be separately charged for these lawyers.  If you want to be represented by your own lawyer, you may hire one at your own expense.

| 11. | *How will the lawyers be paid?* |
|---|---|

Lamps Plus has agreed to pay Class Counsel's attorneys' fees and costs up to $750,000, subject to approval by the Court.  You will not be required to pay any attorneys' fees or costs.  Please see paragraphs 2.4 and 2.5 of the Settlement Agreement, available HERE, for additional details.

| 12. | *Will the Representative Plaintiff receive any compensation for his efforts in bringing this Action?* |
|---|---|

The Representative Plaintiff will request a service award of up to $5,000 for his service as class representative and his effort in bringing the Action.  The Court will make the final decision as to the amount to be paid to the class representative.

## DISMISSAL OF ACTION AND RELEASE OF ALL CLAIMS

### 13.    *What am I giving up to obtain relief under the Settlement?*

If the Court approves the proposed Settlement, unless you exclude yourself from the Settlement, you will be releasing your claims against Lamps Plus. This generally means that you will not be able to file a lawsuit, continue prosecuting a lawsuit, or be part of any other lawsuit against Lamps Plus regarding the claims in the Action. The Settlement Agreement, available on the Internet at the website _____ contains the full terms of the release.

## HOW TO EXCLUDE YOURSELF FROM THE SETTLEMENT

### 14.    *How do I exclude myself from the Settlement?*

You may exclude yourself from the Class and the Settlement. If you want to be excluded, you must send a signed letter or postcard stating: **(a)** the name and case number of the Action; **(b)** your full name, address, and telephone number; and **(c)** a statement that you do not wish to participate in the Settlement, postmarked no later than _____ to the Claims Administrator at:

*Seegert v. Lamps Plus, Inc. Settlement*
c/o _____
_____
_____

If you timely request exclusion from the Class, you will be excluded from the Class, you will not receive a Voucher under the Settlement, you will not be bound by the judgment entered in the Action, and you will not be precluded from prosecuting any timely, individual claim against Lamps Plus based on the conduct complained of in the Action.

## HOW TO OBJECT TO THE SETTLEMENT

### 15.    *How do I tell the Court that I disagree with the Settlement?*

At the date, time, and location stated in Section 18 below, the Court will hold a Fairness Hearing to determine if the Settlement is fair, reasonable, and adequate, and to also consider Class Counsel's request for an award of attorneys' fees and costs, and service award to the Representative Plaintiff.

If you wish to object to the fairness, reasonableness, or adequacy of the Settlement Agreement or the proposed Settlement, you must submit a written objection to the Claims Administrator at the addresses set forth below no later than (*i.e.*, postmarked by) _____.

*Seegert v. Lamps Plus, Inc. Settlement*

c/o _____
_____
_____

Any written objections must contain: (1) the name and case number of the Action; (2) the Class Member's full name, address, and telephone number; (3) the words "Notice of Objection" or "Formal Objection"; (4) in clear and concise terms, the legal and factual arguments supporting the objection; (5) facts supporting the person's status as a Class Member (e.g., the date and location of his/her relevant purchases and description of the item(s) purchased); (6) the Class Member's signature and the date; and (7) the following language immediately above the Class Member's signature and date: "I declare under penalty of perjury under the laws of the United States of America that the foregoing statements regarding class membership are true and correct to the best of my knowledge." You may, but need not, submit your objection through counsel of your choice.  If you do make your objection through an attorney, you will be responsible for your personal attorney's fees and costs.

**<u>IF YOU DO NOT TIMELY MAKE YOUR OBJECTION, YOU WILL BE DEEMED TO HAVE WAIVED ALL OBJECTIONS AND WILL NOT BE ENTITLED TO SPEAK AT THE FAIRNESS HEARING.</u>**

If you submit a written objection, you may appear at the Fairness Hearing, either in person or through personal counsel hired at your expense, to object to the fairness, reasonableness, or adequacy of the Settlement Agreement or the proposed Settlement, or to the award of attorneys' fees.  You are not required, however, to appear.  If you, or your attorney, intend to make an appearance at the Fairness Hearing, you must include on your timely and valid objection a statement substantially similar to "Notice of Intention to Appear".

If you intend to appear at the Fairness Hearing through counsel, you must also identify the attorney(s) representing you who will appear at the Fairness Hearing and include the attorney(s) name, address, phone number, e-mail address, and the state bar(s) to which counsel is admitted.  Also, if you intend to request the Court to allow you to call witnesses at the Fairness Hearing, such request must be made in your written objection, which must also contain a list of any such witnesses and a summary of each witness's expected testimony.

### 16.  *What is the difference between excluding myself and objecting to the Settlement?*

Objecting is simply telling the Court that you disagree with something about the Settlement.  You can object only if you stay in the Settlement Class.  Excluding yourself is telling the Court that you don't want to be part of the Settlement Class.  If you exclude yourself, you have no basis to object because the Settlement no longer affects you.

## FAIRNESS HEARING

### 17.    *What is the Fairness Hearing?*

The Court has preliminarily approved the Settlement and will hold a hearing to decide whether to give final approval to the Settlement. The purpose of the Fairness Hearing will be for the Court to determine whether the Settlement should be approved as fair, reasonable, adequate, and in the best interests of the Settlement Class; to consider the award of attorneys' fees and expenses to Class Counsel; and to consider the request for a service award to the Representative Plaintiff. You may attend, but you do not have to.

### 18.    *When and where is the Fairness Hearing?*

On _____, 2018 at _____ pacific, a hearing will be held on the fairness of the proposed Settlement. At the hearing, the Court will be available to hear any objections and arguments concerning the proposed Settlement's fairness. The hearing will take place before the Honorable Cynthia Bashant in Courtroom 4B of the U.S. District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA 92101. The hearing may be postponed to a different date or time or location without notice. Please check _____ for any updates about the Settlement generally or the Fairness Hearing specifically. If the date or time of the Fairness Hearing changes, an update to the Settlement website will be the only way you will be informed of the change.

### 19.    *May I speak at the hearing?*

At that hearing, the Court will be available to hear any objections and arguments concerning the fairness of the Settlement. As described above in Section 15, you may speak at the Fairness Hearing only if (a) you have timely submitted an objection, and (b) you have timely and validly provided a Notice of Intent to Appear.

If you have requested exclusion from the Settlement, you may not speak at the hearing.

## ADDITIONAL INFORMATION

### 20.    *How do I get more information?*

To see a copy of the Settlement Agreement, the Court's Preliminary Approval Order, Class Counsel's application for attorneys' fees and costs, and the operative complaint filed in the Action, please visit the Settlement website located at: _____. Alternatively, you may contact the Claims Administrator at the email address _____ or the U.S. postal (mailing) address: _____.

This description of this Action is general and does not cover all of the issues and proceedings that have occurred.  In order to see the complete file you should visit www.pacer.gov or the Clerk's office at 333 West Broadway, San Diego, CA 92101. The Clerk will tell you how to obtain the file for inspection and copying at your own expense.

**21.    *What if my address or other information has changed or changes after I submit a Claim Form?***

It is your responsibility to inform the Claims Administrator of your updated information.  You may do so at the address below:

*Seegert v. Lamps Plus, Inc. Settlement*

_____

_____

_____

\*\*\*\*

**DO NOT ADDRESS ANY QUESTIONS ABOUT THE SETTLEMENT OR THE LITIGATION TO THE CLERK OF THE COURT OR THE JUDGE.**

Dated: _____2018                    By: Order of the Southern District of California
                                                      HONORABLE CYNTHIA BASHANT
                                                      UNITED STATES DISTRICT JUDGE

**EXHIBIT C**
**EMAIL NOTICE**

To: _____
From: _____
Re: LEGAL NOTICE OF SETTLEMENT OF CLASS ACTION

## IF YOU SHOPPED AT LAMPS PLUS IN CALIFORNIA BETWEEN JULY 5, 2013 AND [MONTH] [DAY], [YEAR], YOU MAY BE ELIGIBLE TO RECEIVE AN **$18 VOUCHER** USABLE AT LAMPS PLUS ON FUTURE PURCHASES

**Why did I get this notice?**  A settlement ("Settlement") has been proposed in a class action lawsuit pending in the U.S. District Court for the Southern District of California ("Court") titled *Seegert v. Lamps Plus, Inc.* ("Action").  According to available records, you might be a "Class Member."  The purpose of this Email Notice is to inform you of the Action and the Settlement so that you may decide what steps to take in relation to it.

**What is the Action about?**  The Action was filed against Lamps Plus, Inc. ("Lamps Plus" or "Defendant") by plaintiff Harley Seegert alleging Lamps Plus engaged in deceptive advertising by advertising purportedly improper discounts on merchandise.  Lamps Plus denies wrongdoing and liability and both sides disagree on how much, if anything, the Class could have recovered after trial.  ***No court has decided which side is right.  But both sides agreed to provide benefits to Lamps Plus customers and resolve the case.***

**Am I a Class Member?**  You are a "Class Member" if between July 5, 2013 and [Month] [Day], [Year], you purchased Lamps Plus branded or trademarked merchandise bearing a "Compare At" price tag in the State of California and you are not Lamps Plus's Counsel, Lamps Plus's officers, directors and employees, or the judge presiding over the Action.

**What relief does the Settlement provide?**  If you are a Class Member, you are eligible to receive a Voucher for a purchase in a Lamps Plus retail store.  The Voucher can either be redeemed for (i) $18 to be used for the purchase of any item in a Lamps Plus retail store or (ii) 20% off the purchase of any item in a Lamps Plus retail store up to $150 in value, or for $30 in credit against the purchase of any item valued at over $150.  Class Members may elect the form of the Voucher they wish to receive at the time of purchase.  ***To receive a Voucher, you need not do anything in response to this email notice.***  If this Settlement is approved by the Court, you will automatically receive a Voucher via email at the termination of the Settlement proceedings.

**What are my other options?**  If you don't want to be legally bound by the Settlement, you must exclude yourself by _____, or you won't be able to sue Lamps Plus about the legal claims in the Action ever again.  If you exclude yourself, you cannot receive a Voucher from this Settlement.  If you stay in the Settlement, you may object to it by _____.  The detailed notice available at _____ explains how to request exclusion or object.  The Court will hold a hearing on _____ at _____ to

consider whether to approve the Settlement and a request by the lawyers representing all Class Members (Carlson Lynch Sweet Kilpela & Carpenter, LLP) for $750,000 in attorneys' fees and costs, and for the class representative's (Harley Seegert) request for $5,000 for his service. You may ask to appear at the hearing, but you don't have to.

**More information?**  For complete information about the Settlement, to view the Settlement Agreement, related Court documents and Claim Form, and to learn more about how to exercise your various options under the Settlement, visit _____. You may also write to the Claims Administrator at the email address _____ or the postal address _____.

**EXHIBIT D**
**MAIL NOTICE**

# NOTICE OF CLASS ACTION SETTLEMENT

U.S. District Court for the Southern District of California
*Harley Seegert v. Lamps Plus, Inc.*
Case No: 3:17-CV-1602-BAS-JMA

IF YOU SHOPPED AT LAMPS PLUS IN CALIFORNIA BETWEEN JULY 5, 2013 AND [MONTH] [DAY], [YEAR], YOU MAY BE ELIGIBLE TO RECEIVE AN **$18 VOUCHER** USABLE AT LAMPS PLUS ON FUTURE PURCHASES

**Legal Notice**: A federal court authorized this Notice. This is not solicitation from a lawyer.

**Why did I get this notice?**  A settlement ("Settlement") has been proposed in a class action lawsuit pending in the U.S. District Court for the Southern District of California ("Court") titled *Seegert v. Lamps Plus, Inc.* ("Action").  According to available records, you might be a "Class Member."  The purpose of this Mail Notice is to inform you of the Action and the Settlement so that you may decide what steps to take in relation to it.

**What is the Action about?**  The Action was filed against Lamps Plus, Inc. ("Lamps Plus" or "Defendant") by plaintiff Harley Seegert alleging Lamps Plus engaged in deceptive advertising by advertising purportedly improper discounts on merchandise.  Lamps Plus denies wrongdoing and liability and both sides disagree on how much, if anything, the Class could have recovered after trial.  ***No court has decided which side is right.  But both sides agreed to provide benefits to Lamps Plus customers and resolve the case.***

**Am I a Class Member?**  You are a "Class Member" if between July 5, 2013 and [Month] [Day], [Year], you purchased Lamps Plus branded or trademarked merchandise bearing a "Compare At" price tag in the State of California and you are not Lamps Plus's Counsel, Lamps Plus's officers, directors and employees, or the judge presiding over the Action.

**What relief does the Settlement provide?**  If you are a Class Member, you are eligible to receive a Voucher good for purchase in a Lamps Plus retail store for either (i) $18 that may be used for the purchase of any item in a Lamps Plus retail store or (ii) 20% off the purchase of any item in a Lamps Plus retail store up to $150 in value, or for $30 in credit against the purchase of any item valued at over $150. ***To receive a Voucher, you need not do anything in response to this mail notice.*** If the Court approves the Settlement, then you will automatically receive a Voucher via mail at the termination of the Settlement proceedings.

**What are my other options?**  If you don't want to be legally bound by the Settlement, you must exclude yourself by_____, or you won't be able to sue Lamps Plus about the legal claims in the Action ever again.  If you exclude yourself, you cannot receive a

Voucher from this Settlement. If you stay in the Settlement, you may object to it by _____. The detailed notice available at _____ explains how to request exclusion or object. The Court will hold a hearing on _____ at _____ to consider whether to approve the Settlement and a request by the lawyers representing all Class Members (Carlson Lynch Sweet Kilpela & Carpenter, LLP) for $750,000 in attorneys' fees and costs, and for the class representative's (Harley Seegert) request for $5,000 for his service. You may ask to appear at the hearing, but you don't have to.

**More information?** For complete information about the Settlement, to view the Settlement Agreement, related Court documents and Claim Form, and to learn more about how to exercise your various options under the Settlement, visit _____. You may also write to the Claims Administrator at the email address _____ or the postal address _____.

**EXHIBIT E**
**ONLINE MEDIA NOTICE**

# *Lamps Plus*
## Banner Advertisement

### Online Display Banner for *Google Display Network* –

**Text Only Display Ad**
Frame 1: Visible for 8 seconds.

> **If you shopped at Lamps Plus in California between July 5, 2013 and Month Day, Year**
>
> Legal Notice          www.XXXXXXXXXXXXX.com          Legal Notice

Frame 2: Visible for 7 seconds.

> **you may be eligible to receive an $18 voucher usable at Lamps Plus on future purchases.**
>
> Legal Notice          www.XXXXXXXXXXXXX.com          Legal Notice

Frame 3: Visible for 4 seconds.

> **Click here for more information.**
>
> Legal Notice          www.XXXXXXXXXXXXX.com          Legal Notice

### Desktop Right Column Banner for *Facebook* –

**Text Only Static Ad**

> **Lamps Plus**

**Class Action Settlement**
www.WebsiteURL.com
Lamps Plus shoppers in California between
7/5/13 and XX/XX/XXX, may receive a voucher.

**EXHIBIT F**
**CLAIM FORM**

## SEEGERT V. LAMPS PLUS, INC. CLAIM FORM

**YOU MUST SUBMIT YOUR CLAIM FORM NO LATER THAN _____.**

**PERSONAL INFORMATION.** Please legibly print or type the following information requested below. *This information will be used to deliver your Voucher and communicate with you if any problems arise with your claim.*

Name (first, middle, and last): _____

Residential Street Address: _____

City, State, and ZIP code: _____

Email Address: _____

Telephone Number: (_____) _____

**CONFIRMATION OF CLASS MEMBERSHIP.** I declare that I believe that, during the period of time between July 5, 2013 and [Date], I purchased from a California Lamps Plus retail store Lamps Plus branded or trademarked merchandise bearing a "Compare At" price tag.

Please provide information about the purchases that you are claiming above:

| Approximate Month and Year of Purchase | Approximate Location (City and State) of Purchase | Description of Item Purchased |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

In the alternative to providing the information above, you may upload your Lamps Plus receipt(s) reflecting such purchase(s). If you would like to mail your receipt(s) to the Claims Administrator so as to support your claim, please send them to _____.

*The Claims Administrator and/or Lamps Plus may verify your claim.*

**EMAIL ADDRESS FOR VOUCHER DELIVERY.** Please confirm the email address to which you would like the Settlement Voucher delivered.

[Note to the Claims Administrator: insert the email address that was provided earlier in the form, for reference, in the blank space below.]

      Would you like your Voucher delivered to _____? ☐ Yes        ☐ No

      If "no," please provide the email address to which you would like the Settlement Voucher delivered: _____.

**MAILING ADDRESS FOR VOUCHER DELIVERY.** Please confirm that the mailing address to which you would like the Settlement Voucher delivered.

[Note to the Claims Administrator: insert the mailing address that was provided earlier in the form, for reference in the blank space below.]

      Would you like your Voucher delivered to _____? ☐ Yes    ☐ No

If "no," please provide the mailing address to which you would like the Settlement Voucher delivered: _____.

**ACKNOWLEDGEMENT.** I have received notice of the class action Settlement in this case and I am a member of the class of persons described in the notice. I agree to release all the claims, known and unknown, stated in Section 2.10 of the Settlement Agreement. I submit to the jurisdiction of the United States District Court, District of the Southern District of California with regard to my claim and for purposes of enforcing the release of claims stated in the Settlement Agreement. I am aware that I can obtain a copy of the full notice and Settlement Agreement at _____ or by writing the Claims Administrator at the email address _____ or the postal address _____. I agree to furnish additional information to support this claim if required to do so.

IF SUBMITTED ELECTRONICALLY:
☐ **I agree that by submitting this Claim Form I certify under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and that checking this box constitutes my electronic signature on the date of its submission.**

IF SUBMITTED BY U.S. MAIL:
**I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct to the best of my knowledge.**

Dated: _____      Signature: _____

**EXHIBIT G**
**[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT**

1
2
3
4
5
6
7
8                UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11   HARLEY SEEGERT, an individual, on        Case No.  17CV1602-BAS-JMA
     behalf of himself and all others
12   similarly situated,                      **[PROPOSED] ORDER GRANTING
                                              FINAL APPROVAL OF CLASS
13                   Plaintiff,               SETTLEMENT**

14        v.

15   LAMPS PLUS, INC.,

16                   Defendant.

17        On _____ (month) ___ (day), this Court heard plaintiff Harley

18   Seegert's motion for final approval of the class action settlement.  This Court

19   reviewed: (a) the motion and the supporting papers, including, the Settlement

20   Agreement and Release ("Settlement Agreement");[1] (b) any objections filed with or

21   presented to the Court; (c) the Parties' responses to any objections; and (d) counsels'

22   respective arguments.  Based on this review and the findings below, the Court found

23   good cause to grant the motion.

24   **FINDINGS:**

25        1.    Upon review of the record, the Court hereby finds that the Settlement

26   Agreement is, in all respects, fair, adequate, and reasonable, and therefore approves

27   _____
     [1] Capitalized terms in this Order, unless otherwise defined, have the same definitions
28   as those terms in the Settlement Agreement.

it.  The Court has come to this determination pursuant to the factors outlined in cases such as *Officers for Justice v. Civil Service Commission*, 688 F.2d 615, 625 (9th Cir. 1982).   Among other matters considered, the Court took into account: (a) the complexity of Plaintiff's theory of liability; (b) the arguments raised by Lamps Plus, Inc. ("Lamps Plus") in its pleadings that could potentially preclude or reduce the recovery by Class Members; (c) delays in any award to the Class that would occur due to further litigation and appellate proceedings; (d) the relief provided to the Class; (e) the recommendation of the Settlement Agreement by counsel for the Parties; and (f) the low number of objectors to the Settlement Agreement, demonstrating that the Class has a positive reaction to the proposed settlement.

2.      The Court also finds that extensive arm's-length negotiations have taken place, in good faith, between Class Counsel and Lamps Plus's Counsel resulting in the Settlement Agreement.  Parts of these negotiations were presided over by the experienced mediator Hon. Carl J. West (Ret.).

3.      The Settlement Agreement provides substantial value to the Class in the form of Vouchers.

4.      Defendant Lamps Plus provided notice to Class Members in compliance with Section 3.3 of the Settlement Agreement, due process, and Rule 23 of the Federal Rules of Civil Procedure.  The notices: (i) fully and accurately informed Class Members about the lawsuit and settlement; (ii) provided sufficient information so that Class Members could decide whether to accept the benefits offered, opt-out and pursue their own remedies, or object to the settlement; (iii) provided procedures for Class Members to submit written objections to the proposed settlement, to appear at the hearing, and to state objections to the proposed settlement; and (iv) provided the time, date, and place of the final fairness hearing.

5.      The Parties adequately performed their obligations under the Settlement Agreement.

6.      For the reasons stated in the Preliminary Approval of Class Settlement and Provisional Class Certification Order, and having found nothing in any submitted objections that would disturb these previous findings, this Court finds and determines that the proposed Class, as defined below, meets all of the legal requirements for class certification, for settlement purposes only, under Federal Rule of Civil Procedure 23 (a) and (b)(3).

7.      An award of $_____ in attorneys' fees and costs to Class Counsel is fair and reasonable in light of the nature of this case, Class Counsel's experience and efforts in prosecuting this Action, and the benefits obtained for the Class.

8.      An incentive award to plaintiff Harley Seegert in the amount of $_____ is fair and reasonable in light of: (a) Plaintiff's risks (including financial, professional, and emotional) in commencing this action as the Class Representative; (b) the time and effort spent by Plaintiff in litigating this action as the Class Representative; and (c) Plaintiff's public interest service.

**IT IS ORDERED THAT:**

1.      **Class Members**.  The Class Members are defined as:

All Lamps Plus customers who purchased Lamps Plus branded or trademarked merchandise bearing a "Compare At" price tag in the State of California from July 5, 2013 to the date of preliminary approval. Excluded from the Class are Lamps Plus's Counsel, Lamps Plus's officers, directors and employees, and the judge presiding over the Action.

2.      **Binding Effect of Order**.  This order applies to all claims or causes of action settled under the Settlement Agreement, and binds all Class Members, including those who did not properly request exclusion under Paragraph 6 of the Preliminary Approval of Class Settlement and Provisional Class Certification Order. This order does not bind persons who submitted timely and valid Requests for

Exclusion. Attached as Exhibit A is a list of persons who properly requested to be excluded from the settlement.

3.    **Release**. Plaintiff and all Class Members who did not properly request exclusion are: (1) deemed to have released and discharged Lamps Plus from all claims arising out of or asserted in this Action and claims released under the Settlement Agreement; and (2) barred and permanently enjoined from asserting, instituting, or prosecuting, either directly or indirectly, these claims. The full terms of the release described in this paragraph are set forth in Sections 2.10 and 2.11 of the Settlement Agreement and are specifically incorporated herein by this reference.

4.    **Class Relief**. Lamps Plus will issue a Voucher to (i) each Class Member who receives direct notice via email or mail and who did not timely request to exclude from or object to the Settlement; and (ii) each Class Member who submits a valid and timely Claim Form according to the terms and timeline stated in the Settlement Agreement.

5.    **Attorneys' Fees and Costs**. Class Counsel is awarded $_____ in fees and costs. Payment shall be made pursuant to the timeline stated in Section 2.5 of the Settlement Agreement.

6.    **Incentive Award**. Plaintiff Harley Seegert is awarded $_____ as an individual settlement award. Payment shall be made pursuant to the timeline stated in Section 2.4 of the Settlement Agreement.

7.    **Court's Jurisdiction**. Pursuant to the Parties' request, the Court will retain jurisdiction over this action and the parties until final performance of the Settlement Agreement.

        IT IS SO ORDERED.


DATED:_____        _____
                                     HON. CYNTHIA BASHANT
                                     UNITED STATES DISTRICT JUDGE

**EXHIBIT H**
**[PROPOSED] FINAL JUDGMENT**

1
2
3
4
5
6
7
8
9
10
11              UNITED STATES DISTRICT COURT
12            SOUTHERN DISTRICT OF CALIFORNIA
13
14   HARLEY SEEGERT, an individual, on        Case No.  17CV1602-BAS-JMA
     behalf of himself and all others
15   similarly situated,                      **[PROPOSED] FINAL JUDGMENT**
16                    Plaintiff,
17          v.
18   LAMPS PLUS, INC.,
19                    Defendant.
20          The Court hereby issues its Final Judgment disposing of all claims based upon
21   the Settlement Agreement entered between Harley Seegert ("Plaintiff") and Lamps
22   Plus, Inc. ("Lamps Plus" or "Defendant") and the Court's Order Granting Final
23   Approval of Class Settlement.
24          **IT IS ORDERED AND ADJUDGED THAT**:
25          1.     In the Order Granting Final Approval of Class Settlement, the Court
26   granted final certification, for purposes of settlement only, of a class defined as: All
27   Lamps Plus customers who purchased Lamps Plus branded or trademarked
28

merchandise bearing a "Compare At" price tag in the State of California from July 5, 2013 to [the date of preliminary approval]. Excluded from the Class are Lamps Plus's Counsel, Lamps Plus's officers, directors and employees, and the judge presiding over the Action.

2.    All persons who satisfy the class definition above are "Class Members." However, persons who timely submitted valid requests for exclusion are not Class Members.  The list of excluded persons is attached hereto as Exhibit 1.

3.    In the Order Granting Final Approval of Class Settlement, the Court found that notice of the Settlement Agreement and Release ("Settlement Agreement") was provided to Class Members by either email or mail for Class Members whom Lamps Plus had a valid email or mail address, and an online advertisement in compliance with Section 3.3 of the Settlement Agreement, Federal Rule of Civil Procedure 23, and due process.

4.    Plaintiff Harley Seegert is awarded $_____ as an individual settlement award.

5.    Class Counsel (Carlson Lynch Sweet Kilpela & Carpenter, LLP) is awarded $_____ in attorneys' fees and costs.

6.    To each Class Member who either (i) received direct notice via email or mail and did not timely request exclusion from or objected to the Settlement, or (ii) submitted a timely and valid Claim Form (an "Authorized Claimant"), Lamps Plus shall issue a Voucher, pursuant to Section 2.2 of the Settlement Agreement, which are incorporated herein.

7.    All Class Members who did not validly and timely request to be excluded from the Settlement, and each of their respective successors, assigns, legatees, heirs, and personal representatives, have waived and forfeited, and are deemed to have fully, finally and forever released and discharged all manner of action, causes of action, claims, demands, rights, suits, obligations, debts, contracts, agreements, promises, liabilities, damages, charges, penalties, losses, costs,

expenses, and attorneys' fees, of any nature whatsoever, known or unknown, in law or equity, fixed or contingent, which they have or may have, arising out of or relating to any of the acts, omissions or other conduct that have or could have been alleged or otherwise referred to in the Complaint, or any preceding version thereof filed in the Action, including, but not limited to, any and all claims related in any way to the advertisement of prices by Lamps Plus, Inc. or any of its subsidiaries or affiliates (including Unknown Claims) (collectively "Class Released Claims") against Lamps Plus, Inc. and each of its direct or indirect parents, wholly or majority-owned subsidiaries, affiliated and related entities, predecessors, successors and assigns, partners, privities, and any of their present and former directors, officers, employees, shareholders, agents, representatives, attorneys, accountants, insurers, and all persons acting by, through, under or in concert with it, or any of them (collectively "Released Parties").

As used in this release, the term "Unknown Claims" means with respect to the Class Released Claims only, Plaintiff and the Class Members expressly waive and relinquish, to the fullest extent permitted by law, the provisions, rights and benefits of Section 1542 of the California Civil Code, or any other similar provision under federal or state law, which provides:

**A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.**

As part of this agreement, Plaintiff and the Class Members state that they fully understand that the facts on which the Settlement Agreement is to be executed may be different from the facts now believed by Plaintiffs and the Class Members and the Class Counsel to be true and expressly accept and assume the risk of this possible

difference in facts and agree that the Settlement Agreement will remain effective despite any difference in facts. Further, Plaintiff and the Class Members agree that this waiver is an essential and material term of this release and the Settlement that underlies it and that without such waiver the Settlement would not have been accepted.

8.    In addition to the releases made by the Class Members set forth above, Harley Seegert makes the additional following general release of all claims, known or unknown. Harley Seegert and his successors, assigns, legatees, heirs, and personal representatives release and forever discharge the Released Parties, from all manner of action, causes of action, claims, demands, rights, suits, obligations, debts, contracts, agreements, promises, liabilities, damages, charges, penalties, losses, costs, expenses, and attorneys' fees, of any nature whatsoever, known or unknown, in law or equity, fixed or contingent.

In addition, Harley Seegert and his successors, assigns, legatees, heirs, and personal representatives, expressly waive and relinquish, to the fullest extent permitted by law, the provisions, rights and benefits of Section 1542 of the California Civil Code, or any other similar provision under federal or state law, which provides:

**A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.**

Harley Seegert fully understands that the facts on which the Settlement Agreement is to be executed may be different from the facts now believed by Harley Seegert and his Counsel to be true and expressly accept and assume the risk of this possible difference in facts and agree that the Settlement Agreement will remain effective despite any difference in facts. Further, Harley Seegert agrees that this

1    waiver is an essential and material term of this release and the Settlement that

2    underlies it and that without such waiver the Settlement would not have been

3    accepted.

4         9.     All Class Members are bound by this Final Judgment, by the Order

5    Granting Final Approval of Class Settlement, and by the terms of the Settlement

6    Agreement.

7         NOW, THEREFORE, the Court, finding that no reason exists for delay, hereby

8    directs the Clerk to enter this Final Judgment, pursuant to Federal Rule of Civil

9    Procedure 58, forthwith.

10

11         IT IS SO ORDERED.

12

13    DATED:_____

14                             HON. CYNTHIA BASHANT
                                UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28