UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE JAN M. ADLER TO MAGISTRATE JUDGE LINDA LOPEZ | **ORDER OF TRANSFER** |

IT IS HEREBY ORDERED that the following listed cases are transferred from the calendar of the Honorable Jan M. Adler, to the calendar of the Honorable Linda Lopez for all further proceedings. All conferences or hearing dates previously set before Judge Adler will remain as scheduled and will be before Judge Lopez. Any dates set before any district judge remain unchanged.

| Case No. | Title |
|---|---|
| 11-cv-02262-AJB-JMA | Goodrum v. Hoshino |
| 11-cv-03015-JAH-JMA | Grant v. Swarthout et al |
| 12-cv-01380-LAB-JMA | Park v. Webloyalty.com, Inc. et al |
| 13-cv-01202-W-JMA | The Estate of Valeria Tachiquin Alvarado et al v. Tackett et al |
| 13-cv-01278-GPC-JMA | Unisone Strategic IP, Inc. v. Life Technologies Corporation et al |

1

| # | Case Number | Caption |
|---|---|---|
| 1 | 13-cv-01743-GPC-JMA | Unisone Strategic IP, Inc. v. Tracelink Inc. et al |
| 2 | 14-cv-02680-W-JMA | Karczewski v. Tipton Enterprises, Inc. et al |
| 3 | 15-cv-00121-GPC-JMA | Allied World Insurance Company v. Global Metals Corporation et al |
| 4 | 15-cv-00124-L-JMA | Cunningham v. Ford Motor Company et al |
| 5 | 15-cv-00145-WQH-JMA | Eubank v. Terminix International, Inc. et al |
| 6 | 15-cv-00452-BTM-JMA | Smart-Tek Service Solutions Corp. v. United States Internal Revenue Service |
| 7 | 15-cv-00453-BTM-JMA | Smart-Tek Automated Services Inc. v. United States Internal Revenue Service |
| 8 | 15-cv-00455-BTM-JMA | American Marine, LLC v. United States Internal Revenue Service |
| 9 | 15-cv-00485-W-JMA | Schutza v. Jimmie Johnson Automotive, Inc. et al |
| 10 | 15-cv-01162-JLS-JMA | Driscoll v. MetLife Insurance et al |
| 11 | 15-cv-01672-JAH-JMA | Aldairi v. Dahleh |
| 12 | 15-cv-02300-AJB-JMA | Arellano v. Self et al |
| 13 | 15-cv-02365-JAH-JMA | Becerra et al v. General Motors LLC et al |
| 14 | 16-cv-00295-DMS-JMA | Schonbak v. Minnesota Life et al |
| 15 | 16-cv-00369-BAS-JMA | Rael v. New York & Company, Inc. et al |
| 16 | 16-cv-00370-GPC-JMA | Rael v. The Children's Place, Inc. et al |
| 17 | 16-cv-00633-L-JMA | Excellence Charters LLC et al v. Coleman Marine Diesel, Inc. et al |
| 18 | 16-cv-00689-WQH-JMA | Davis v. Paramo et al |
| 19 | 16-cv-01094-LAB-JMA | Hartsell v. San Diego, County of et al |
| 20 | 16-cv-01713-BAS-JMA | Pauma Band of Luiseno Mission Indians of the Pauma & Yuima Reservation v. California, State of et al |
| 21 | 16-cv-01974-BEN-JMA | Nishimoto v. County of San Diego et al |
| 22 | 16-cv-02224-AJB-JMA | Guy v. Toys "R" Us - Delaware, Inc. et al |
| 23 | 16-cv-02408-BTM-JMA | Prescott v. Rady Children's Hospital - San Diego |
| 24 | 16-cv-02460-AJB-JMA | Hernandez v. Clayton et al |
| 25 | 16-cv-02468-JM-JMA | Hornblower Fleet, LLC et al |
| 26 | 16-cv-02662-L-JMA | Joe Hand Promotions, Inc. v. Bauers et al |
| 27 | 16-cv-02703-W-JMA | Davis Gash v. Marroquin et al |
| 28 | 16-cv-02920-LAB-JMA | Briggs v. Jaguar Land Rover North America, LLC et al |
| 29 | 16-cv-02927-BEN-JMA | Hollander v. UBS Financial Services, Inc. et al |
| 30 | 16-cv-03113-JLS-JMA | Nutrition Distribution LLC v. Musclegen Research Inc. et al |

| # | Case Number | Case Name |
|---|---|---|
| 1 | 17-cv-00079-H-JMA | Ensource Investments LLC v. Tatham et al |
| 2 | 17-cv-00099-MMA-JMA | Cozad v. United States of America |
| 3 | 17-cv-00238-JAH-JMA | Augustine v. Berryhill |
| | 17-cv-00250-GPC-JMA | Valencia et al v. North Star Gas LTD. Co. et al |
| 4 | 17-cv-00311-L-JMA | Arenas v. The Hertz Corporation et al |
| 5 | 17-cv-00425-BAS-JMA | Coastal Environmental Rights Foundation v. American Recycling International, Inc. |
| 6 | 17-cv-00442-WQH-JMA | Sebastian et al v. Kimberly-Clark Corporation et al |
| 7 | 17-cv-00459-AJB-JMA | Arctic Zero, Inc. v. Aspen Hills, Inc. et al |
| 8 | 17-cv-00641-BTM-JMA | United States of America v. Fink |
| | 17-cv-00642-BTM-JMA | United States of America v. Carrasco |
| 9 | 17-cv-00656-BAS-JMA | Coastal Environmental Rights Foundation v. American Recycling International, Inc. |
| 10 | | |
| 11 | 17-cv-00866-WQH-JMA | National General Insurance Company v. Alderson |
| | 17-cv-00919-JLS-JMA | Diane Schroeder et al v. Stephen Hundley et al |
| 12 | 17-cv-00954-BTM-JMA | Caine v. State Farm Fire and Casualty Company et al |
| 13 | 17-cv-01054-BAS-JMA | Citizens for Quality Education San Diego et al v. San Diego Unified School District et al |
| 14 | 17-cv-01081-BEN-JMA | HDWEBSOFT Co., LTD v. Skylab Apps, Inc. et al |
| 15 | 17-cv-01153-BAS-JMA | Hedrick v. New York & Company, Inc. et al |
| 16 | 17-cv-01267-JLS-JMA | Wheeler v. Specialized Loan Services et al |
| 17 | 17-cv-01314-GPC-JMA | Capitol Records, LLC et al v. Burcham et al |
| | 17-cv-01332-JM-JMA | Ralph v. Hosseini et al |
| 18 | 17-cv-01416-JAH-JMA | White v. San Diego Sunrise Management Company et al |
| 19 | 17-cv-01457-LAB-JMA | Shepherd v. United States Government |
| 20 | 17-cv-01510-JAH-JMA | Yeung et al v. Advanced Biologics, LLC et al |
| 21 | 17-cv-01560-LAB-JMA | (PC) Heredia v. Lawrence et al |
| | 17-cv-01602-BAS-JMA | Seegert v. Lamps Plus, Inc. et al |
| 22 | 17-cv-01750-AJB-JMA | Martin v. Berg et al |
| 23 | 17-cv-01777-BEN-JMA | Shindledecker v. United States of America et al |
| 24 | 17-cv-01818-LAB-JMA | Marshall v. Ocwen Loan Servicing, LLC |
| | 17-cv-01889-WQH-JMA | Knipe v. Amazon.com, Inc. et al |
| 25 | 17-cv-01926-CAB-JMA | Benitez v. Callahan et al |
| 26 | 17-cv-01943-LAB-JMA | Sanchez Y Martin, S.A. DE C.V. v. Dos Amigos, Inc. et al |
| 27 | 17-cv-02129-CAB-JMA | Kore Essentials, Inc. v. Nexbelt, LLC et al |
| 28 | 17-cv-02144-LAB-JMA | Willett v. Procopio et al |

| | | |
|---|---|---|
| 1 | 17-cv-02148-BEN-JMA | Natural Thoughts, Incorporated v. Performance Touch, LLC et al |
| 2 | 17-cv-02240-WQH-JMA | Miholich v. Welk Resort Group, Inc. et al |
| 3 | 17-cv-02252-AJB-JMA | Meza et al v. Sirius XM Radio Inc. |
| 4 | 17-cv-02346-GPC-JMA | Acedo v. Fisher, JR |
| 5 | 17-cv-02356-H-JMA | Estes v. L3 Technologies, Inc. |
| | 17-cv-02409-L-JMA | Amaral v. City of San Diego et al |
| 6 | 17-cv-02425-BEN-JMA | Endobotics, Inc., v. Fortimedix Surgical B.V. et al |
| 7 | 17-cv-02446-JLS-JMA | Hayes et al v. Westlake Services, LLC |
| 8 | 17-cv-02493-L-JMA | Great Northern Insurance Company v. Wausau Underwriters Insurance Company et al |
| 9 | 17-cv-02504-GPC-JMA | Torres v. Berryhill |
| 10 | 17-cv-02525-BEN-JMA | Hoban Management, Inc. v. Elmasian et al |
| 11 | 18-cv-00011-CAB-JMA | Velazquez v. Superior Court County of San Diego et al |
| 12 | 18-cv-00056-MMA-JMA | Pearson v. City of San Diego et al |
| | 18-cv-00129-MMA-JMA | Keenan v. Cox Communications et al |
| 13 | 18-cv-00167-BEN-JMA | Royalty North Partners LTD. v. Country Wine and Spirits, Inc. et al |
| 14 | 18-cv-00179-MMA-JMA | Edwards v. Shakiba et al |
| 15 | 18-cv-00198-L-JMA | Schutza v. McGrath Kearny, LP et al |
| 16 | 18-cv-00211-L-JMA | Gonzalez v. Citibank, N.A. et al |
| 17 | 18-cv-00228-WQH-JMA | Hlava v. Berryhill |
| | 18-cv-00257-BAS-JMA | Schutza v. Walter E. Fiedler Inc. et al |
| 18 | 18-cv-00273-BAS-JMA | Mikki v. Social Security Administration Office of Regional Counsel |
| 19 | 18-cv-00331-BEN-JMA | Stone Brewing Co., LLC v. Molson Coors Brewing Company et al |
| 20 | 18-cv-00359-BAS-JMA | Freed v. Home Depot U.S.A, Inc. et al |
| 21 | 18-cv-00361-JLS-JMA | Reed v. Paramo |
| 22 | 18-cv-00368-JLS-JMA | Mason v. Calabrese et al |
| 23 | 18-cv-00371-H-JMA | Adkins v County of San Diego et al |
| 24 | 18-cv-00377-BTM-JMA | Silver Bay Seafoods, L.L.C. v. Sea Warrior et al |
| 25 | 18-cv-00429-WQH-JMA | Ewing v. Readdick et al |
| 26 | 18-cv-00457-JM-JMA | City of Imperial Beach et al v. The International Boundary & Water Commission - United States Section et al |
| 27 | 18-cv-00569-BAS-JMA | Reyes v. Webhurst, LLC et al |
| 28 | | |

| | | |
|---|---|---|
| 1 | 18-cv-00587-JM-JMA | Sanchez v. Servis One, Inc. et al |
| 2 | 18-cv-00663-JM-JMA | Valdez v. Directv, LLC. et al |
| 3 | 18-cv-00701-MMA-JMA | Limon v. ABM Industry Groups, LLC et al |
| 4 | 18-cv-00726-BAS-JMA | Lopez v. Starbucks Corporation et al |
| 5 | 18-cv-00732-MMA-JMA | Tiffany v. Avenue 81 |
| 6 | 18-cv-00746-BEN-JMA | Paulson v. Hunter Warfield, Inc. et al |
| 7 | 18-cv-00777-H-JMA | Alkayali et al v. Hoed et al |
| 8 | 18-cv-00800-AJB-JMA | Smann v. Paramo |
| 9 | 18-cv-00816-LAB-JMA | BofI Federal Bank v. Golub |
| 10 | 18-cv-00826-GPC-JMA | Tran v. Capital One Bank (USA) N.A. |
| 11 | 18-cv-00850-DMS-JMA | Pekrins et al v. Angulo et al |
| 12 | 18-cv-00861-AJB-JMA | G & G Closed Circuit Events, LLC v. Malan et al |
| 13 | 18-cv-00863-GPC-JMA | Dunham v. Shiff et al |
| 14 | 18-cv-00874-GPC-JMA | Viking Capital Investment Corp v. Jaguar Land Rover North America, LLC et al |
| 15 | 18-cv-00912-DMS-JMA | Calderon v. Deutsche Bank National Trust Company, et al |
| 16 | 18-cv-01012-JAH-JMA | Ocampo v. United States of America |
| 17 | 18-cv-01046-JLS-JMA | Hernandez v. Dunbar Armored, Inc. et al |
| 18 | 18-cv-01060-L-JMA | Kurin, Inc. v. Magnolia Medical Technologies, Inc. |
| 19 | 18-cv-01061-L-JMA | Nolin v. TAP Portugal Incorporated et al |
| 20 | 18-cv-01120-H-JMA | Augustine v. TLC Resorts Vacation Club, LLC et al |
| 21 | 18-cv-01189-GPC-JMA | Cuevas v. ConAm Management Corporation et al |
| 22 | 18-cv-01209-CAB-JMA | Parrett v. Coronado Unified School District |
| 23 | 18-cv-01221-GPC-JMA | Porter v. Gore et al |
| 24 | 18-cv-01277-LAB-JMA | Taoglas Group Holdings Limited et al v. 2J Antennas USA, Corporation et al |
| 25 | 18-cv-01278-JM-JMA | Roehm v. Ford Motor Company et al |
| 26 | 18-cv-01294-AJB-JMA | Taleff et al v. Taleff |
| 27 | 18-cv-01361-CAB-JMA | Oggs v. Navarro et al |
| 28 | 18-cv-01397-MMA-JMA | Trustees of the San Diego Roofers Trust and Trustees of San Diego and Imperial Counties Slate, Tile and Composition Roofers Joint Apprenticeship Trust v. Angelus Waterproofing and Restoration, Inc. |
| | 18-cv-01452-W-JMA | Langer v. Capricorn Realty Inc. et al |
| | 18-cv-01458-W-JMA | Mason v. Serranos Tacos San Diego Inc. et al |
| | 18-cv-01471-LAB-JMA | Rutherford v. Econolodge et al |

| | | |
|---|---|---|
| 1 | 18-cv-01494-WQH-JMA | Rutherford v. Pandoras Pizza et al |
| 2 | 18-cv-01503-LAB-JMA | Flanagan v. CitiMortgage, Inc. et al |
| 3 | 18-cv-01517-H-JMA | Vault Cargo Management, LLC v. Rhino U.S.A., Inc. |
| | 18-cv-01522-DMS-JMA | Nylund et al v. Caliber Home Loans, Inc, et al |
| 4 | 18-cv-01541-MMA-JMA | A.B. et al v. County of San Diego et al |
| 5 | 18-cv-01542-JLS-JMA | Johnson v. Sherman et al |
| 6 | 18-cv-01558-AJB-JMA | Ortega v. Madden |
| | 18-cv-01574-JAH-JMA | Alvarez-Sanchez v. G6 Hospitality et al |
| 7 | 18-cv-01576-GPC-JMA | Emerick v. Regus Management Group, LLC et al |
| 8 | 18-cv-01587-AJB-JMA | Spikes v. Kelly et al |
| 9 | 18-cv-01597-MMA-JMA | Driver v. Hyatt Corporation et al |
| 10 | 18-cv-01621-JM-JMA | Surfrider Foundation v. The International Boundary and Water Commission United States Section |
| 11 | 18-cv-01635-AJB-JMA | California River Watch v. City of Escondido |
| 12 | 18-cv-01640-MMA-JMA | Huerta v. Nielsen |
| | 18-cv-01650-H-JMA | Innocenti v. Berryhill |
| 13 | 18-cv-01656-WQH-JMA | Human Longevity, Inc. v. J. Craig Venter Institute, Inc. et al |
| 14 | 18-cv-01673-JM-JMA | Black v. Berryhill |
| 15 | 18-cv-01678-GPC-JMA | Frankol v. Ow et al |
| 16 | 18-cv-01680-W-JMA | Jordan v. Nielsen |
| 17 | 18-cv-01708-WQH-JMA | Langer v. Sherman et al |
| 18 | 18-cv-01711-BTM-JMA | Bobadilla v. Costco Wholesale Corporation et al |
| | 18-cv-01723-JLS-JMA | Langer v. Gunther Dev, LLC et al |
| 19 | 18-cv-01731-AJB-JMA | Martins v. New West Investment Group et al |
| 20 | 18-cv-01766-BAS-JMA | Rutherford et al v. Denny's #6403 et al |
| 21 | 18-cv-01794-CAB-JMA | McGovern v. U.S. Bank, N.A. |
| 22 | 18-cv-01809-LAB-JMA | Langer v. Plaza Del Sol, LLC et al |
| | 18-cv-01836-DMS-JMA | Raiser v. Casserly et al |
| 23 | 18-cv-01862-JLS-JMA | Allen v. Livsey |
| 24 | 18-cv-01873-LAB-JMA | Macleod v. Berryhill |
| 25 | 18-cv-01874-MMA-JMA | Thorne v. Berryhill |
| 26 | 18-cv-01895-AJB-JMA | Securities and Exchange Commission v. RMR Asset Management Company et al |
| 27 | 18-cv-01924-JM-JMA | Greenlaw v. Madvig Transmission et al |
| 28 | 18-cv-01938-JLS-JMA | Newsome v. Gill et al |

| | | |
|---|---|---|
| 1 | 18-cv-01955-H-JMA | Cellular Transitions, LLC v. LG Electronics, Inc. et al |
| 2 | 18-cv-01957-W-JMA | Wawanesa General Insurance Company v. United States of America et al |
| 3 | 18-cv-01968-H-JMA | Langer v. North Cedros, LLC et al |
| 4 | 18-cv-01969-W-JMA | Langer v. Nobel et al |
| 5 | 18-cv-01975-BAS-JMA | Abbott v. Sodexo, Inc. |
| | 18-cv-01977-DMS-JMA | Arliss et al v. Groupon, Inc. et al |
| 6 | 18-cv-01996-JAH-JMA | Napier v. Berryhill |
| 7 | 18-cv-02013-W-JMA | Hiland Dairy Foods Company, LLC v. Brisa Goods, LLC et al |
| 8 | 18-cv-02019-WQH-JMA | Lopez v. San Marcos Unified School District |
| 9 | 18-cv-02021-MMA-JMA | Doe v. Jefferies et al |
| 10 | 18-cv-02026-GPC-JMA | Rutherford v. Econo Lodge Inn & Suites et al |
| 11 | 18-cv-02027-MMA-JMA | Rutherford v. Carlitos Chicken et al |
| | 18-cv-02041-BAS-JMA | Gaspard et al v. The Breakfast Toms et al |
| 12 | 18-cv-02049-CAB-JMA | Swenson et al v. Wevell et al |
| 13 | 18-cv-02050-JM-JMA | People of the State of California v. International Boundary and Water Commission et al |
| 14 | 18-cv-02065-BAS-JMA | Acedo v. Castello et al |
| 15 | 18-cv-02075-LAB-JMA | Langer v. Vafaie et al |
| 16 | 18-cv-02099-CAB-JMA | G&G Closed Circuit Events, LLC v. Beltran et al |
| 17 | 18-cv-02109-BEN-JMA | Golden Eye Media USA, Inc. v. Trolley Bags UK Ltd et al |
| 18 | 18-cv-02110-DMS-JMA | Harper et al v. United States of America |
| 19 | 18-cv-02140-WQH-JMA | McFarland v. Midland Credit Management, Inc. et al |

Dated: 10/29/2018

*Barbara F. Major*
Hon. Barbara L. Major
United States Magistrate Judge