**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
1350 Columbia Street, Suite 603
San Diego, California 92101
Telephone: (619) 762-1900
Facsimile: (619) 756-6991
tcarpenter@carlsonlynch.com

*Attorneys for Plaintiff*

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
John C. Dineen (CA 222095)
501 West Broadway, 19th Floor
San Diego, CA 92101
Telephone: (619) 338-6500
Facsimile: (619) 234-3815
jdineen@sheppardmullin.com

*Attorneys for Defendant Lamps Plus, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLEY SEEGERT, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAMPS PLUS, INC., a California corporation,<br><br>Defendant. | Case No: 3:17-CV-1602-BAS (LL)<br><br>**JOINT MOTION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Cynthia Bashant |

Plaintiff Harley Seegert ("Plaintiff") and Defendant Lamps Plus, Inc. ("Defendant") respectfully submit this Joint Motion for Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff and Defendant hereby jointly move, in consideration of a negotiated individual settlement executed by them, to dismiss with prejudice the above-captioned action.

Date: April 22, 2019                           Respectfully submitted,

 

*/s/ Todd D. Carpenter*
**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
Todd D. Carpenter

*Attorneys for Plaintiff*

Date: April 22, 2019                           */s/ John C. Dineen*
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
John C. Dineen

*Attorneys for Defendant Lamps Plus, Inc.*

*I, Todd D. Carpenter, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.*

*/s/ Todd D. Carpenter*