UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLEY SEEGERT, *an individual, on behalf of himself and all other similarly situated*,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LAMPS PLUS, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 17-cv-1602-BAS-LL<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 38]** |

Pursuant to Rule 41(a)(1)(A)(ii), the parties have jointly moved to dismiss this action with prejudice due to a "negotiated individual settlement" between named Plaintiff Harley Seegert and Defendant Lamps Plus, Inc. (ECF No. 38.)  The Court **GRANTS** the motion and **DISMISSES WITH PREJUDICE** Plaintiff's claims in this action.  Because the settlement is individual in nature, the Court **DISMISSES WITHOUT PREJUDICE** any claims of the putative class members.

　　　**IT IS SO ORDERED.**

**DATED: April 23, 2019**

Hon. Cynthia Bashant
United States District Judge